**Nazli Khwaja**
1516 Arrowhead Ln
Carrollton, TX 75007
US

Red and Green LLC
700 W. Interstate 20
Arlington TX 760175816
US

| | | Current | YTD |
|---|---|---|---|
| Gross Pay | | $500.00 | $6,000.00 |
| Net Pay | | $461.75 | $5,541.00 |
| Taxes | | $38.25 | $459.00 |
| Other Deductions | | $0.00 | $0.00 |
| Misc Pay | | $0.00 | $1,000.00 |
| Salary | | $500.00 | $5,000.00 |
| Medicare EE | | $7.25 | $87.00 |
| SS EE | | $31.00 | $372.00 |

| Pay Date | 06/02/2016 |
|---|---|
| Advice # | 1669361204 |
| Pay Period Start | 05/20/2016 |
| Pay Period End | 05/26/2016 |
| Pay Frequency | Week |
| W-4 Fed Withholding | M |

Employee Number    1216079

Meta Bank    $461.75

Payroll Customer Service Number (+1 (855)-729-4669)
Get your W2's earlier @ www.PaperlessEmployee.com/7-Eleven

**Exemptions**
Fed    6
State    0

**Employment Information**
Average Hours    0.00

Nazli Khwaja
1516 Arrowhead Ln
Carrollton, TX 75007
US

Red and Green LLC
700 W. Interstate 20
Arlington TX 760175816
US

| | | Current | YTD |
|---|---|---|---|
| Pay Date | 05/26/2016 | | |
| Advice # | 1667014499 | | |
| Gross Pay | | $500.00 | $5,500.00 |
| Net Pay | | $461.75 | $5,079.25 |
| Pay Period Start | 05/13/2016 | | |
| Taxes | | $38.25 | $420.75 |
| Other Deductions | | $0.00 | $0.00 |
| Pay Period End | 05/19/2016 | | |
| Misc Pay | | $0.00 | $1,000.00 |
| Salary | | $500.00 | $4,500.00 |
| Pay Frequency | Week | | |
| W-4 Fed Withholding | M | | |
| Medicare EE | | $7.25 | $79.75 |
| SS EE | | $31.00 | $341.00 |

Employee Number　1216079

Exemptions
Fed　6
State　0

Meta Bank　$461.75

Payroll Customer Service Number (+1 (855)-729-4669)
Get your W2's earlier @ www.PaperlessEmployee.com/7-Eleven

Employment Information
Average Hours　0.00

**Nazli Khwaja**
1516 Arrowhead Ln
Carrollton, TX 75007
US

Red and Green LLC
700 W. Interstate 20
Arlington TX 760175816
US

| | | | |
|---|---|---:|---:|
| Pay Date | 05/12/2016 | | |
| Advice # | 1662519950 | | |
| Pay Period Start | 04/29/2016 | | |
| Pay Period End | 05/05/2016 | | |
| Pay Frequency | Week | | |
| W-4 Fed Withholding | M | | |

| | Current | YTD |
|---|---:|---:|
| Gross Pay | $500.00 | $5,000.00 |
| Net Pay | $461.75 | $4,617.50 |
| Taxes | $38.25 | $382.50 |
| Other Deductions | $0.00 | $0.00 |
| Misc Pay | $500.00 | $1,000.00 |
| Salary | $0.00 | $4,000.00 |
| Medicare EE | $7.25 | $72.50 |
| SS EE | $31.00 | $310.00 |

Employee Number    1216079

Meta Bank    $461.75

Payroll Customer Service Number (+1 (855)-729-4669)
Get your W2's earlier @ www.PaperlessEmployee.com/7-Eleven

**Exemptions**
Fed 6
State 0

**Employment Information**
Average Hours 0.00