Mark S. Toronjo  
State Bar No. 24051435  
Derek K. Prosser  
State Bar No. 24086889  
TORONJO & PROSSER LAW  
10000 N. Central Expy., Ste. 443  
Dallas, Texas 75231  
Phone: 214.609.8787  
Fax:    866.640.7043  

**IN THE UNITED STATES BANKRUPTCY COURT**  
**FOR THE NORTHERN DISTRICT OF TEXAS**  
**FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NAZLI KHWAJA ) | Case No. 16-42313-rfn13 |
| ) | Chapter 13 |
| Debtor ) | |

## CERTIFICATE CONCERNING ALL APPLICABLE TAX RETURNS

Nazli Khwaja, the Debtor in the above entitled and captioned case, files this Certificate Concerning All Applicable Tax Returns and respectfully states:

1. A voluntary petition was filed under Chapter 13 of the Bankruptcy Code on 06/11/2016, in this Court. The case number is 16-42313-rfn13.

2. All IRS tax returns for the four (4) years preceding the filing of this case have been filed.

*/s/ Nazli Khwaja*  
Nazli Khwaja

Respectfully Submitted,

Toronjo & Prosser Law  
10000 N. Central Expy., Ste. 443  
Dallas, TX 75231  
Phone: 214.609.8787  
Fax:    866.640.7043  

By: /s/ Mark S. Toronjo  
Mark S. Toronjo  
State Bar No. 24051435  
Toronjo & Prosser Law  
ATTORNEY FOR DEBTOR