

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed April 19, 2017

_____
United States Bankruptcy Judge

_____


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | Case Number: 16-42313-RFN |
| Nazli Khwaja | § § | Chapter 13 |
| | § § | JUDGE RUSSELL F NELMS |
| DEBTOR(S) | | |

---

**ORDER APPROVING TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS,
OBJECTION TO CLAIMS, AND PLAN MODIFICATION (if required)**

---

    CAME ON FOR CONSIDERATION the Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required).  The Court hereby approves such recommendation/ modification, subject to reconsideration for cause pursuant to 11 U.S.C. §502(j) and Bankruptcy Rule 3008.

    It is therefore ORDERED, ADJUDGED AND DECREED that the Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) is hereby approved, except:


# # #  END OF ORDER  # # #