Mark S. Toronjo
State Bar No. 24051435
Derek K. Prosser
State Bar No. 24086889
TORONJO & PROSSER LAW
10000 North Central Expr.
Suite 443
Dallas, TX 75231
214.609.8787 Phone
866.640.7043 Fax
ATTORNEY FOR DEBTOR

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NAZLI KHWAJA | § | CASE NO 16-42313-RFN13 |
| | § | |
| Debtor | § | CHAPTER 13 |

## DEBTOR'S NOTICE OF CONVERSION OF CHAPTER 13 CASE TO CHAPTER 7

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Nazli Khwaja by and through the undersigned attorney, and moves the Court as follows:

1. Debtor filed a voluntary Chapter 13 bankruptcy petition on June 11, 2016.

2. Debtor is eligible for relief under Chapter 7.

3. Debtor has not previously converted this case under 11 U.S.C. §706, 1112, 1208, or 1307.

5. Debtor hereby gives notice of her voluntary conversion of Chapter 13 Case No. 16-42313.

6. Debtor requests the Clerk of the Court assign a Chapter 7 Trustee and schedule a Chapter 7 Meeting of Creditors.

Dated: <u>May 31, 2017</u>

> Respectfully Submitted,
> TORONJO & PROSSER LAW
>
> <u>/s/ Derek K. Prosser</u>
> Derek K. Prosser
> Toronjo & Prosser Law
> State Bar No. 24086889
> 10000 N. Central Expy, Suite 443
> Dallas, Texas 75231
> Email: dprosser@t-plaw.com
> Phone: (214) 609-8787
> Fax: (866) 640-7043
>
> ATTORNEY FOR DEBTOR

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 31, 2017 a true and correct copy of the foregoing was served on all parties in interest below and on the attached mailing matrix by electronic notice or first class mail.

**DEBTOR**:
BY EMAIL

**STANDING CHAPTER 13 TRUSTEE**:
Tim Truman
6851 N.E. Loop 820, Suite 300
N Richland Hills, TX 76180

**U.S. TRUSTEE**
United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242

By: /s/ Derek K. Prosser
Derek K. Prosser
State Bar No. 24086889